```
 1 │ CAROL C. LAM
   │ United States Attorney
 2 │ LAURA E. DUFFY
   │ Assistant United States Attorney
 3 │ California State Bar No. 199232
   │ 880 Front Street, Room 6293
 4 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-6340
 5 │
   │ Attorney for Plaintiff
 6 │ United States of America
```

|   |   |   |
|---|---|---|
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 9 | UNITED STATES OF AMERICA,    ) | Criminal Case No. 06cr2646-LAB |
| 10 | Plaintiff,    ) | PROTECTIVE ORDER |
| 11 | v.    ) | |
| 12 | FRANCISCO JAVIER    ) ARELLANO-FELIX (1),    ) | |
| 13 | MANUEL ARTURO    ) VILLARREAL-HEREDIA (2)    ) | |
| 14 |      ) | |
| 15 | Defendants.    ) | |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and to prevent premature disclosure of evidence to potential targets, subjects, and witnesses of ongoing investigations,

IT IS HEREBY ORDERED that the defendants, their counsel of record, and the counsels' assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter, including all documents relating to wire and electronic intercepts, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS FURTHER ORDERED, subject to the review of the parties, that the United States Attorney and the Assistant United States Attorneys assigned to this case (hereafter collectively referred to as "the Government") and their assistants, the defendants, their counsel and their assistants, shall not disclose the substance of any discovery material produced to the defendants or obtained by the Government from the defendants, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case;

Except that nothing contained herein shall prevent the Government, or the defendants or their counsel, from disclosing such discovery material to any other attorneys working for the Government, the defendants or their counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendants and their counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the Government and its assistants only, in other criminal investigations, without prior court order;

Further, nothing contained herein shall preclude the Government, defendants or their counsel, or their respective assistants from conducting a normal investigation of the facts of this case on behalf of the Government or said defendants, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that

are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government, the defendants or their counsel, or their respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within ten (10) days.

Defense counsel and the Government shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

SO ORDERED.

DATED: 3-27-07

*[signature]*
THE HONORABLE LARRY A BURNS
United States District Judge

```
 1      I consent to the entry of the attached protective order in the
        case of United States v. Francisco Javier Arellano-Felix, et al.,
 2      Criminal Case No. 06cr2646-LAB.
```

DATED: 1-8-07

_____
LAURA E. DUFFY
Assistant United States Attorney


DATED: 1-12-07

_____
DAVID H. BARTICK
Attorney for defendant Francisco
Javier Arellano-Felix


DATED: Jan 18, 07

_____
MARK F. ADAMS
Attorney for defendant Francisco
Javier Arellano-Felix


DATED: 2/7/07

_____
PAUL BLAKE
Attorney for defendant Manuel
Arturo Villarreal-Heredia


DATED: 2/20/07

_____
LEE PLUMMER
Attorney for defendant Manuel
Arturo Villarreal-Heredia


DATED: _____

_____
LARRY A. HAMMOND
Attorney for defendant Francisco
Javier Arellano-Felix


DATED: _____

_____
JOHN GRELE
Attorney for defendant Manuel
Arturo Villarreal-Heredia


DATED: _____

_____
DIANE MEYERS
Attorney for defendant Francisco
Javier Arellano-Felix

```
 1      I consent to the entry of the attached protective order in the
        case of United States v. Francisco Javier Arellano-Felix, et al.,
 2      Criminal Case No. 06cr2646-LAB.

 3
 4    DATED: 2-17-07            _____
                                LAURA E. DUFFY
 5                              Assistant United States Attorney

 6
 7    DATED: 2/17/07            _____
                                DAVID W. BARTICK
 8                              Attorney for defendant Francisco
                                Javier Arellano-Felix
 9
10    DATED: March 13, 07       _____
11                              MARK F. ADAMS
                                Attorney for defendant Francisco
12                              Javier Arellano-Felix

13
14    DATED: 3/8/07             _____
                                LARRY A. HAMMOND
15                              Learned Counsel for defendant
                                Francisco Javier Arellano-Felix
16
17    DATED: 3/8/07             _____
18                              DIANE M. MEYERS
                                Learned Counsel for defendant
19                              Francisco Javier Arellano-Felix

20
21    DATED: _____          _____
                                PAUL W. BLAKE
22                              Attorney for defendant Manuel
                                Arturo Villarreal-Heredia
23
24
      DATED: _____          _____
25                              I. LEE PLUMMER
                                Attorney for defendant Manuel
26                              Arturo Villarreal-Heredia
27
28

                                    4
```

```
 1    I consent to the entry of the attached protective order in the
      case of United States v. Francisco Javier Arellano-Felix, et al.,
 2    Criminal Case No. 06cr2646-LAB.
 3
 4    DATED: 1-8-07                    /s/ Laura Duffy
                                       _____
                                       LAURA E. DUFFY
 5                                     Assistant United States Attorney
 6
 7    DATED: 1-12-07                   _____
                                       DAVID M. BARTICK
 8                                     Attorney for defendant Francisco
                                       Javier Arellano-Felix
 9
10    DATED: Jan 18, 07                _____
                                       MARK F. ADAMS
11                                     Attorney for defendant Francisco
                                       Javier Arellano-Felix
12
13    DATED: 2/7/07                    _____
                                       PAUL BLAKE
14                                     Attorney for defendant Manuel
                                       Arturo Villarreal-Heredia
15
16
      DATED: 2/20/07                   _____
17                                     LEE PLUMMER
                                       Attorney for defendant Manuel
18                                     Arturo Villarreal-Heredia
19
20    DATED: _____
21                                     _____
                                       LARRY A. HAMMOND
22                                     Attorney for defendant Francisco
                                       Javier Arellano-Felix
23
24    DATED: 3/9/07                    _____
                                       JOHN GRELE
25                                     Attorney for defendant Manuel
26                                     Arturo Villarreal-Heredia
27
      DATED: _____           _____
28                                     DIANE MEYERS
                                       Attorney for defendant Francisco
                                       Javier Arellano-Felix
```