# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06CR2646-LAB |
| Plaintiff, | **ORDER ON MOTION TO FURTHER REDACT BILL OF PARTICULARS** |
| vs. | |
| | [Doc. Nos. 437 and 438] |
| FRANCISCO JAVIER ARELLANO-FELIX, MANUEL ARTURO VILLAREAL-HEREDIA, | |
| Defendants. | |

The Court has reviewed the suggestions for additional redactions to the Bill of Particulars advocated by defendants Francisco Javier Arellano-Felix and Manuel Arturo Villarreal-Heredia. Construing the defendants' suggestions as a motion to further redact the Bill of Particulars, the motion is <u>DENIED</u>. The Court has balanced the public's First Amendment interest in open judicial proceedings and the defendants' asserted objections to the accuracy of the allegations and concludes no additional redactions should be made.

**IT IS SO ORDERED**.

DATED:  September 21, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

06CR2646

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28