**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A.    v. FRANCISCO JAVIER ARRELLANO-FELIX           No. 06CR2646-LAB(LSP)

HON. LEO S. PAPAS        CT. DEPUTY JENNIFER JARABEK        Rptr. _____

|  Plaintiffs | Attorneys | Defendants |
|---|---|---|
| _____ |  | _____ |
| _____ |  | _____ |

A Settlement Conference will be held on December 19, 2007, at 2 p.m. regarding the third party petition for hearing on criminal forfeiture filed November 5, 2007.  (Doc. 477).  All conference discussions will be informal, off the record, privileged and confidential.

Representatives for all third party claimants who have full and unlimited authority to enter into a binding settlement, in addition to their counsel, shall be present at the conference.  Only counsel for the United States with full settlement authority need appear.  "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486.  A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

Counsel may submit **confidential** settlement statements **directly to chambers** no later than December 17, 2007.  If submitted, each party's settlement statement shall set forth the party's statement of the case, identify controlling legal issues, and shall set forth the party's settlement position, including the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference.  **Settlement conference briefs shall not be filed with the Clerk of the Court, nor shall they be served on opposing counsel.**  The parties are also encouraged to lodge with Magistrate Judge Papas' chambers an informal chronology, setting forth a timeline of the factual events that are the basis for the claims and defenses asserted in this litigation.  If submitted, the chronology should be in a chart or column format with the column headings "DATE" and "EVENT" and may be annotated with documents significant to the facts or issues.

  X    Copies to:  Counsel of Record       X   Notified by Telephone

DATED:  November 26, 2007

_____
Hon. Leo S. Papas
U.S. Magistrate Judge