UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06cr2646-LAB |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER OF |
| | ) | CRIMINAL FORFEITURE |
| v. | ) | |
| | ) | |
| FRANCISCO JAVIER | ) | |
| ARELLANO-FELIX (1) | ) | |
| aka El Tigrillo, | ) | |
| aka Conan, | ) | |
| aka Miclo, | ) | |
| aka El Senor, | ) | |
| aka El Apa, | ) | |
| aka El Abuelo, | ) | |
| | ) | |
| Defendant. | ) | |

On September 17, 2007, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of FRANCISCO JAVIER ARELLANO-FELIX (1) in the properties listed in the Forfeiture Allegation of the Superseding Indictment, namely,

**One 2001, 43' Riviera yacht named the "Dock Holiday," RJH43156A101** (hereinafter, "**Dock Holiday**"); and

A personal money judgment in favor of the United States against Defendant in the amount of **$50,000,000**.

//

//

1       Pursuant to Rule 32.2(c)(1), "no ancillary proceeding is required to the extent that the

2   forfeiture of the $50,000,000 consists of a money judgment."

3       On September 26, October 3 and October 10, 2007, the United States published, in a

4   newspaper of general circulation, notice of the Court's Order and the United States' intent to

5   dispose of the **Dock Holiday** in such manner as the Attorney General may direct, pursuant to

6   21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within

7   thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

8       On October 3, 2007, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
| --- | --- | --- |
| M/Y Junior, Inc.<br>Edgardo Leyva-Escandon<br>c/o Timothy A. Scott, Esq.<br>433 G Street, Suite 202<br>San Diego CA 92101 | 7004 2510 0003 3013 3042 | Signed for as received on<br>or about 10/5/07 |

13       On November 5, 2007, M/Y Junior, Inc. and Aristoteles Abaroa filed a third party petition

14   for a hearing regarding the criminal forfeiture of the **Dock Holiday**. On February 19, 2008, upon

15   uncontested motion of the United States of America, this Court entered an Order dismissing the

16   third party petition with prejudice.

17       More than thirty (30) days have passed following the final date of notice by publication and

18   notice by certified mail.  No other third party has made a claim to or declared any interest in the

19   forfeited **Dock Holiday**.

20       Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result

21   of the failure of any third party to come forward or file a petition for relief from forfeiture as

22   provided by law, all right, title and interest of FRANCISCO JAVIER ARELLANO-FELIX (1) and

23   any and all third parties in the following property are hereby condemned, forfeited and vested in

24   the United States of America:

25       **One 2001, 43' Riviera yacht named the "Dock Holiday," RJH43156A101**.

26       IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the

27   Drug Enforcement Administration and any other governmental agencies which were incident to the

28   seizure, custody and storage of the **Dock Holiday** be the first charge against the forfeited property.

1       IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the

2  **2001, 43' Riviera yacht named the "Dock Holiday**," **RJH43156A101,** according to law.

3  DATED:   February 21, 2008

4

5                   HONORABLE LARRY ALAN BURNS
                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28